UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAREINERS, LLC,<br><br>  Petitioner,<br><br>v.<br><br>JPMORGAN CHASE & CO.,<br><br>  Respondent. | Underlying Acting Pending in the United States District Court for the Southern District of Ohio<br>Case No. 2:22-cv-03433-EAS-KAJ<br><br><br>Case No. _____<br><br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of its Motion to Compel JPMorgan Chase & Co. to Produce Documents Pursuant to Subpoena and the Declaration of Brian Boerman, dated April 18, 2024, together with the exhibits thereto, Petitioner Mareiners, LLC, by and through its undersigned counsel, will move this Court for an order pursuant to the Federal Rules of Civil Procedure 45 compelling non-party JPMorgan Chase & Co. to produce all documents requested by Mareiners, LLC through a subpoena dated November 22, 2023.

Dated: April 18, 2024

Respectfully submitted,

By: /s/ Kaelyn E. Gustafson

**SHERIDAN ROSS P.C.**
Brian Boerman (bboerman@sheridanross.com)
New York State Bar No. 4741211
1560 Broadway, Suite 1200
Denver, Colorado 80202
(303) 863-9700

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Kaelyn E. Gustafson (kgustafson@fklaw.com)
7 Times Square
New York, New York 10036-6516
(212) 833-1100

*Attorneys for Petitioner Mareiners, LLC*

TO:   All Counsel of Record (*via ECF*)

4874-8736-8372.2